**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HUNTINGTON INGALLS INCORPORATED,<br><br>       Petitioner,<br><br>v.<br><br>THE MINISTRY OF DEFENSE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>       Respondent. | Civil Case No. 18-469 |

**NOTICE OF ERRATA**

On February 27, 2018, Petitioner Huntington Ingalls Incorporated filed a Petition to Confirm, or Alternatively, to Recognize and Enforce Arbitral Award ("Petition"). Counsel failed to include in the caption the full address of each party pursuant to LCvR 5.1(c). Attached hereto is the corrected Petition.

Dated: March 5, 2018
   Washington, D.C.

Respectfully submitted,

/s/ John F. Wood
John F. Wood (Bar No. 463562)
Tabitha Bartholomew (Bar No. 1044448)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, D.C. 20006
Tel: (202) 721-4600
Fax: (202) 721-4646
john.wood@hugheshubbard.com
tabitha.bartholomew@hugheshubbard.com

82440765_1